# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jamil Abdul Muhammad**
      Plaintiff(s)

vs.　　　　　　　　　　　　CASE NUMBER: 3:24-cv-288 (DNH/ML)

**European Central Bank,**
**Christine Legarde,**
**Luis de Guindos**
      Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report & Recommendation is ACCEPTED; and Plaintiffs complaint in each of the above-referenced civil actions is DISMISSED without leave to amend as FRIVOLOUS. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated August 22, 2024.

DATED: August 22, 2024

_(signature)_
Clerk of Court

s/ Samantha Brahm

Deputy Clerk